UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VIGIL,<br><br>    Petitioner,<br><br>  v.<br><br>DANIEL PARAMO, Warden,<br><br>    Respondent. | No. 2:17-cv-2691 MCE KJN P<br><br><br>ORDER |

Petitioner has filed objections to the pending findings and recommendations, and also requested an extension of time. However, neither filing was signed by petitioner.

Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider petitioner's filings unless he signs them.

Petitioner is granted an opportunity to re-file his documents, including signature pages bearing his signatures. Petitioner is warned that failure to submit signed objections could result in the district court considering the findings and recommendations without reviewing the objections, or dismissal of this action based on his failure to comply with this court's order. Fed. R. Civ. P. 41(b).

////

////

1. Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send petitioner a copy of petitioner's December 14, 2018 filings, without the banner across the top (ECF Nos. 20 & 21); and

2. Within twenty-one days, petitioner shall re-file signed documents he wishes the court to consider.

Dated: December 27, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

vigi2691.r11